

# NUMBER 13-24-00298-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ETHAN SAENZ,** <span style="float:right">**Appellant,**</span>

**v.**

**LIVESAY LAW OFFICE,** <span style="float:right">**Appellee.**</span>

---

## ON APPEAL FROM THE 370TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Longoria**

On June 3, 2024, appellant filed a notice of appeal attempting to appeal a judgment or order entered in trial court cause number C-0590-24-G. On June 5, 2024, the Clerk of the Court notified appellant that it appears there is no final, appealable order. Appellant was further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

On June 27, 2024, appellant was granted an extension of time to file a response by July 3, 2024. On July 5, 2024, appellant requested a second extension for time to file a response, which the Court granted until July 15, 2024. We have received no further filings from appellant, and the defective notice of appeal remains uncured.

Appellant has not cured the defective notice of appeal, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c). Furthermore, appellant's motion to extend the time to file a notice of appeal which was previously carried on June 27, 2024, is now denied as moot.

NORA L. LONGORIA
Justice

Delivered and filed on the
28th day of August, 2024.

2